■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT STEPHENSON, Appellant. [598 NYS2d 977] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rienzi, J.), rendered November 27, 1990, convicting him of robbery in the first degree, robbery in the second degree, criminal possession of a weapon in the second degree, and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the court's alibi charge erroneously shifted the burden of proof onto him is unpreserved for appellate review *(see,* CPL 470.05 [2]), and, in any event, is without merit *(see, People v Victor,* 62 NY2d 374; *cf., People v Campbell,* 148 AD2d 743). Sullivan, J. P., Lawrence, Copertino and Santucci, JJ., concur.